FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 AUG 27 AM 11:59
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NOEL HILLS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV412-120
)
SAVANNAH RIVER UTILITIES )
COMPANY and JAMES G. GRIFFIN, )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 29, Attach. 1), to which no objections have been filed. After a careful review of the record in this case, the Court concurs with the Magistrate Judge's report and recommendation and **ADOPTS** it as the Court's opinion in this case. Defendant Savannah River Utilities Company's Motion for Summary Judgment (Doc. 23) is **GRANTED**. Defendant James G. Griffin's Motion for Summary Judgment (Doc. 22) is **GRANTED**. Accordingly, all pending motions in this case are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of August 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA