# United States District Court
## *Southern District of Georgia*

Noel Hills

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV412-120

Savannah River Utilities Company et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 27, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; granting Defendants' Motions for Summary Judgment dismissing this case. This action stands closed.



| August 27, 2014 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |